

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-28-2008

# Dooley v. Roche Lab Inc

Precedential or Non-Precedential: Non-Precedential

Docket
No. 07-1771

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Dooley v. Roche Lab Inc" (2008). *2008 Decisions.* Paper 1318.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/1318

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**THIS DOCUMENT HAS BEEN REMOVED FROM THE REPOSITORY**